DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GLENN BROSNICK,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GSR 2007-1F, KARIN BROSNICK, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,** as successor in interest to Washington Mutual Bank, formerly known as Washington Mutual Bank, FA, **LONG LAKE RANCHES WEST HOMEOWNERS ASSOCIATION, INC., LONG LAKE RANCHES HOMEOWNERS ASSOCIATION, INC. and SUNSET LAKES MASTER ASSOCIATION, INC.,**
Appellees.

No. 4D17-119

[April 5, 2018]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE09011876.

Scott Edwards of Scott J. Edwards, P.A., Boca Raton, and Stephen R. Verbit, Davie, for appellant.

Sara F. Holladay-Tobias and Emily Rottmann of McGuire Woods LLP, Jacksonville, for Appellee U.S Bank National Association.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***